■ JAMES AUSTIN et al., Respondents-Appellants, v DOMINICK D. TANGREDI, Appellant-Respondent.—In a negligence action to recover damages for personal injuries, etc., defendant appeals from a judgment of the Supreme Court, Dutchess County, entered January 2, 1979, which is in favor of plaintiffs and against him, upon a jury verdict. The plaintiffs have abandoned their cross appeal from the said judgment. Judgment affirmed, with costs to plaintiffs. In our opinion, the finding of liability against the defendant and the damages awarded to plaintiffs are supported by the evidence adduced at trial. Mollen, P. J., Damiani, Lazer and Margett, JJ., concur.

■ RICHARD C. CORTELLESSA, Respondent, v STARCH INRA HOOPER, INC., Appellant.—In an action on an employment contract, defendant appeals from a judgment of the Supreme Court, Westchester County, entered December 4, 1978, which, after a nonjury trial, was in favor of the plaintiff. Judgment affirmed, with costs. The record supports the conclusion that the agreement contemplated at least one year's employment. Mollen, P. J., Damiani, Lazer and Margett, JJ., concur.